UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19 CR 305 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| BARRY WALLACE, II, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David A. Ruiz, regarding the change of plea hearing of Barry Wallace, II, which was referred to the Magistrate Judge with the consent of the parties.

On May 22, 2019, the government filed a 1 count Indictment, charging Defendant Barry Wallae, II, with Felon in Possession of Firearm and Ammunition, in violation of Title 81 U. S. C. Section 922(g)(1) and 924(a)(2). Defendant Wallace was arraigned on June 4, 2019, and entered a plea of not guilty to Count 1 of the Indictment, before Magistrate Judge Limbert. On September 3, 2019 Magistrate Judge Ruiz received Defendant Wallace's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Wallace is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis

for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Wallace is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 U. S. C. Section 922(g)(1) and 924(a)(2). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on December 9, 2019, at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 4, 2019, 2018